977 So.2d 914 (2008)
Timothy E. PETTICREW
v.
ABACUS CAPITAL CORP./NORTH AMERICAN KILN SERVICE, INC., & LWCC.
No. 2008-C-0089.
Supreme Court of Louisiana.
March 7, 2008.
Reconsideration Denied April 4, 2008.
*915 In re Louisiana Workers' Compensation Corp.;  Defendant; Applying for Writ of Certiorari and/or Review Office of Workers' Comp. Dist. 7, No. 03-03361; to the Court of Appeal, Fifth Circuit, No. 2007-CA-405.
Not considered. Untimely filed. See Supreme Court rule X.